**Leah A. Johnson, OSB #972647**
**ljohnson@gnslawgroup.com**
**GILROY | NAPOLI | SHORT**
12755 SW 69th Avenue, Suite 200
Portland, Oregon 97223
Telephone: (503)747-7198
Facsimile: (503)747-2951

Attorney for the Plaintiff Coen Poelmann

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **COEN POELMANN,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF EUGENE,** a Local Government in Oregon, **EUGENE POLICE DEPARTMENT, CHIEF CHRIS SKINNER, OFFICER IAN AARTS,** and **OFFICER ANDREW ROBERTS,**<br><br>Defendants.<br><br>**ANDREW ROBERTS** and **IAN AARTS,**<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>**COEN POELMANN,**<br><br>Third-Party Defendant. | Case No: 6:24-cv-01966-AP<br><br>**DECLARATION OF COEN POELMANN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

The undersigned, Coen Poelmann, states as follows:

1. I am the Plaintiff and Third-Party Defendant in the above-related matter.

2. On the evening of October 14, 2022, I attended a fraternity party at the University of Oregon chapter of Phi Gamma Delta. I had one beer while I was in the fraternity house.

3. I left the fraternity house at about midnight and spoke with other people outside on the front lawn. While on the lawn, I was handed a can of beer/alcohol by a girl walking by. I did not know who the girl was. I thought the can was empty.

4. I left the lawn area close to 1:00 a.m. and intended to walk to my apartment, about a block away. I was speaking on the phone with my out-of-state girlfriend and was focused on our conversation.

5. It was not clear to me why I was stopped by Officers Aarts and Roberts. I thought I was stopped for being intoxicated because the officers were asking about my alcohol consumption.

6. Before October 14, 2022, I did not know what "MIP" meant.

7. Before October 14, 2022, I did not know the difference between being issued a citation and being arrested.

8. When the Defendants, Officers Aarts and Roberts, took me to the ground, I could not hear or understand the officers' instructions. I have never had police interactions before or since October 14, 2022, and I did not understand the process of arrest.

I declare under penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct.

DATED this 21 day of April 2026.

By: [signature]
Coen Poelmann

CERTIFICATE OF SERVICE

I certify that on this 24th day of April 2026, I served or caused to be served a true and complete copy of the foregoing **DECLARATION OF COEN POELMANN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE DEFENDANTS MOTION FOR PARTIAL SUMMARY JUDGMENT** on the party or parties listed below as follows:

**X** Via CM / ECF Filing

______ Via First Class Mail, Postage Prepaid

______ Via Email *bmiller@eugene-or.gove

______ Via Personal Delivery

Ben Miller
Eugene City Attorney's Office
500 E 4th Avenue, Suite 301
Eugene, OR 97401

Of Attorneys for Defendants

**GILROY | NAPOLI | SHORT**

By: s/ Leah A. Johnson
Leah A. Johnson, OSB #972647
ljohnson@gnslawgroup.com
Telephone: (503) 747-7198
Facsimile: (503) 747-2951